IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 08-00341-01-CR-W-NKL |
| ANTHONY L. MOLAND, | ) | |
| Defendant. | ) | |

## O R D E R

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen, to which no objection has been filed, the plea of guilty to Counts 1, 2, and 3 of the Indictment is accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
November 10, 2009